# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMON A. BENSON, | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3297 |
| | : | |
| SUPERINTENDENT LAURA | : | |
| WILLIAMS, *et al*. | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 10th day of July, 2024, upon consideration of Defendants Laura Williams and Michael Root's Motion to Dismiss (ECF No. 27), and Plaintiff Damon A. Benson's "Motion to Reamend Plaintiff's Brief," which the Court construes as his Response to the Motion to Dismiss (ECF No. 31), and for the reasons stated in the Court's Memorandum it is **ORDERED** that:

    1.    The Motion is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

    2.    The Complaint is **DISMISSED WITH PREJUDICE**.

    3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                             **BY THE COURT:**

                             /s/ Juan R. Sánchez
                             **JUAN R. SÁNCHEZ, J.**